

**SEALED**

**FILED**
NOV 10 2022
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**KARRIE MICHELLE BROWN,**<br><br>*Defendant.* | **SEALED**<br><br>Case No.  **22 CR 161 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about December 11, 2019, in the Eastern District of Oklahoma, the Defendant, **KARRIE MICHELLE BROWN**, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWO

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about December 16, 2019, in the Eastern District of Oklahoma, the Defendant, **KARRIE MICHELLE BROWN**, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about December 23, 2019, in the Eastern District of Oklahoma, the Defendant, **KARRIE MICHELLE BROWN**, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

JOSHUA SATTER, NY Registration #5477112
Assistant United States Attorney